In The United States District Court
for The District Of Maryland
Filing Under Civil Act. 42 U.S.C. § 1983

Robert Clifford Weddington
ID# 475385  DOB# 12-30-73
14100 McMullen Hwy SW
Cumberland, Md. 21502
NBCI

V.

Civil Action No. _____

WeBco Chiemical
420 West Main Street
Dudley, MA 01571,
Progressive Insurance
841 Cromwell Park Dr Suite-100
Glen Burnie, Md 21601



FILED
LOGGED
ENTERED
RECEIVED
AUG 18 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Complaint

Statement of the Claim

Support Facts — On August. 3, 2012, I, Robert Clifford Weddington, Picked up a load Broker To "Way To Go Trucking Authority Corporation," MC# 782707 UsDot No. 2292106 — By CH-Robinson — load # 113379455 address 14800 Charlson RD-Suite 1000, Eden Prairie, MN 55347. From a Company Called - WeBco Chiemical. This Company loaded my Trailer Causing a Accident on Hwy 171. Union. CT. It was determine By Progressive That WeBco Chiemical loaded The Trailer incorrectly Causing a Accident. My Truck and Trailer was towed. Determine by Progressive Insurance that Webco Chiemical was at fault. My Trailer was taken in Connecticut and totaled by Progressive Agent and the Truck was taken and totaled by another Progressive Agent once back in Baltimore, Maryland. I was told by Progressive Agent to leave the truck at a Company Called Peter Springs. where the Agent inspected The truck. Once The titles from the truck and Trailer was uptained by Progressive Insurance, payments was suppose to be issue To me for the Truck, Trailer, downtime, PIP, Medical, Reimbursement and Pain and suffering as a Result of the accident I lost everything. Progressive Insurance, was the Insurance Carrier for "Way To Go Trucking Authority Corporation," I was the Insured Driver on The policy. Way To Go Trucking Authority Corporation, Closed there doors Sept. 27, 2012 As a Result I never Recieved the money owed to me from Progressive Insurance So because of the lost of business and money I never Recieved from Progressive, I'm suing both Company for a combine total of- One Million Dollars each. Also I later found out Progressive issued checks in my name all cashed in "Pennsylvania," at a PNC-Bank. I found this out seven years later. I reported to Progressive, I'm incarcerate and I didn't Recieve nor cashed any checks. They offered no help in recovering my money. I informed them that the truck I left at Peter Springs is still in my name and had Toll bill for the amount of eight Thousand dollars, from 2016. I've been incarcerated since 2014. so that would mean someone else has been using The Truck. I'm asking the Courts to force these Companys to pay for all damage.

In The United States District Court
For The District Of Maryland

Relief,

I'm Asking The Courts To force Progressive Insurance, WEBCO Chiemical. To pay me for The lost of my property. PIP, Down Time, Medical. Reimbursement, pain an suffering, and The lost of business. In The Amount of- One Million Dollars cent. $1,000,000.00

Signed This 13th Day of August ,2020

Robert Clifford Weddington
Original Signature of Plaintiff
14100 McMullen Hwy S.W.
Cumberland, Md 21502

# Certificate Of Service

I Hereby Certify. that on this 13th day of August, 2020, A copy of this Complaint, was mailed, postage prepaid, To The Names And Address of The Defendants. Below:

1. Progressive Insurance
   841 Cromwell Park Drive - Suite 100
   Glen Burnie, Md 21061

2. WEBCO Chemical
   420 West Main Street
   Dudley. MA 01571

Robert Clifford Weddington
Robert Clifford Weddington
ID#475385  DOB-12-30-73
1400 McMullen Hwy SW
Cumberland, Md 21502
MBCI

August 13th 2020